IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC. | Civil Action No. 10-cv-00420 |
| Plaintiffs, | Honorable J. Gary L. Lancaster |
| v. | JURY TRIAL DEMANDED |
| WILLIAM BOUNDS, LTD. | **Filed Electronically** |
| Defendant. | |

## NOTICE OF ADR DATE, TIME & LOCATION

In accordance with this Court's January 17, 2011 Order Referring Case to Mediation (Doc. No. 34), please take notice that a mediation shall occur in this matter on February 21, 2011 commencing at 9:30 a.m. at the offices of Meyer, Unkovic & Scott, LLP, 535 Smithfield St., Suite 1300, Pittsburgh, PA 15222.

Respectfully submitted,

*s/Tony J. Thompson*
David G. Oberdick, Esquire
Pa. I.D. No. 47648
Email: dgo@muslaw.com

Tony J. Thompson, Esquire
Pa. I.D. No. 204609
Email: tjt@muslaw.com

Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2800

Dated: February 10, 2011